IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 04-00260-CB |
| | | CIVIL ACTION NO. 07-00807-CB |
| HASHIM SAYID MUHAMMAD | ) | |
| Defendant/Petitioner. | ) | |

# FINAL JUDGMENT

Pursuant to separate order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that the motion to vacate, set aside or correct sentence filed in the above-styled action be and hereby is **DENIED.**

**DONE** this the 15th day of June, 2010.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**